FILED
CLERK, U.S. DISTRICT COURT

JUN 1 7 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 09-MJ-1254-DUTY |
| Plaintiff, | ORDER OF DETENTION |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Rafael Vega-Lopez Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the District of Arizona for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A.  ☒   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on   DEFENDANT IS HERE ILLEGALLY IN UNITED STATES; AND

1   *HAS NO BAIL RESOURCES.*

2

3

4   and/or

5   B.   ( )   The defendant has not met his/her burden of establishing by

6   clear and convincing evidence that he/she is not likely to pose

7   a danger to the safety of any other person or the community if

8   released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9   on: *EXTENSIVE FELONY NARCOTICS CRIMINAL*

10  *HISTORY)*

11

12

13

14       IT THEREFORE IS ORDERED that the defendant be detained pending

15  the further revocation proceedings.

16

17  Dated:   *June 17, 2009*

18

19                                    *Jennifer T. Lum*

20                                    JENNIFER T. LUM
                                      UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28